IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN
AND FOR HILLSBOROUGH COUNTY, FLORIDA

**GLENDA LANGE,**                                                                       CIVIL DIVISION

     Plaintiff,

v.                                                                                           CASE NO.:

**WAL-MART STORES EAST, LP,**
     Defendant.
_____/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

The Plaintiff, **GLENDA LANGE**, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP** and alleges:

**JURISDICTION**

1. This is an action for damages, which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

**VENUE**

2. Venue is proper in Hillsborough County in that all of the acts complained of herein occurred in Hillsborough County, Florida.

**PARTIES**

3. At all times material hereto, the Plaintiff, **GLENDA LANGE** (hereinafter referred to as "Plaintiff"), was and is a resident of Hillsborough County, Florida, and is otherwise sui juris.

4. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP (hereinafter referred to as "Defendant"), was and is authorized to do business in the State of Florida and doing business in Hillsborough County, Florida.

## GENERAL ALLEGATIONS

5. At all times material hereto, and specifically on September 10, 2020, Defendant owned, managed, controlled, operated, and/or maintained a store located at 11720 E. Dr. Martin Luther King Jr Blvd,, Seffner, FL 33584, in Hillsborough County.

6. On or about September 10, 2020, Plaintiff was a business invitee on the Defendant's said premises.

7. While on Defendant's said premises, Plaintiff slipped and fell on a substance that was on the floor and sustain injuries as a result.

## NEGLIGENCE AGAINST DEFENDANT

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 7 as if fully set forth herein.

8. Defendant owed a duty to Plaintiff and all other business invitees to maintain said premises in a reasonable safe condition.

9. Defendant, breached its non-delegable duty owed to Plaintiff by engaging in the following acts of commission or omission:

    a. Negligently failing to maintain or adequately maintain the floor of the premises in a reasonably safe condition, to wit, allowing a liquid to accumulate on the floor, and prevent the dangerous conditions from occurring;

    b. Negligently failing to warn or adequately warn of the dangerous condition that existed at the time of the Plaintiff's incident;

    c. Negligently failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition, to wit the liquid, that existed at the time of Plaintiff's incident;

    d.     Negligently failing to inspect or adequately inspect the floor of the premises, to ascertain whether the dangerous condition existed at the time of Plaintiff's incident;

    e.     Negligently failing to remove said liquid from the floor of the premises;

    f.     Negligently failing to correct or adequately correct the dangerous condition of the premises when the Defendant knew or should have known of its existence;

    g.     Negligently failing to take actions to reduce, minimize, or eliminate foreseeable risks before they manifested themselves as particular dangerous conditions on the premises;

    h.     Negligently failing to act reasonably under the circumstances.

10. The specific manner in which Plaintiff was injured was foreseeable to Defendant and Defendant knew or should have known the specific risks of harm to Plaintiff as a result of Defendant's negligence.

11. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury and resulting physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of sais injuries. The injuries to Plaintiff are either permanent or continuing in nature and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, **GLENDA LANGE**, hereby demands judgment for damages, costs and interest from the Defendant, WAL-MART STORES EAST, LP**,** together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **GLENDA LANGE,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: __March 29,2021_____

          **RUBENSTEIN LAW, P.A.**
          Attorneys for Plaintiff
          401 E. Jackson Street
          Suite 1410
          Tampa, FL 33602
          Phone: (305) 661-6000
          Fax: (305) 670-7555
          Email:      michael@rubensteinlaw.com
          smaisonave@rubensteinlaw.com
              eservice@rubensteinlaw.com

By:    /s/ *Michael Valen*
        **MICHAEL VALEN**
        Florida Bar No.: 997633